**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 9, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00512-CR

## MARCOS JESUS ITURBE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1424596**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 30, 2015. On July 6, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan